UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br>   v.<br><br>WILLIAM DAVID KLENSCH,<br><br>                    Defendant(s). | CASE NO. CR24-0109-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING |

   Defendant William David Klensch requests a continuance of his revocation hearing from June 9, 2025, to July 17, 2025.  Dkt. No. 19.  The Government does not oppose this request.  *Id*.

   To accommodate Defendant's treatment schedule, the Court GRANTS Defendant's motion.  The Court STRIKES the hearing as currently scheduled (Dkt. No. 12) and CONTINUES it to July 17, 2025, at 10 a.m.

   Dated this 2nd day of June, 2025.

*[signature: Kymberly K Evanson]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING - 1