UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>WILLIAM DAVID KLENSCH,<br><br>　　　　　　　　Defendant(s). | CASE NO. CR24-0109-KKE<br><br>ORDER DENYING DEFENDANT'S UNOPPOSED MOTION WITHOUT PREJUDICE |

　　　Defendant filed a motion to continue the date of his hearing on revocation of supervised release from July 17, 2025, to August 20, 2025, and represents that the Government does not oppose the motion. Dkt. No. 21. The Court is not available on August 20, 2025, and therefore DENIES Defendant's unopposed motion without prejudice. Before any motion to continue is re-filed, the parties are instructed to contact the courtroom deputy at Diyana_staples@wawd.uscourts.gov, for assistance in selecting a mutually agreeable date.

　　　Dated this 1st day of July, 2025.

　　　　　　　　　　　　　　　　　　　　*Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING DEFENDANT's UNOPPOSED MOTION WITHOUT PREJUDICE - 1