UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>WILLIAM DAVID KLENSCH,<br><br>　　　　　　　　Defendant(s). | CASE NO. CR24-0109-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING |

　　The Court has considered Defendant William Klensch's unopposed motion to continue the final hearing on revocation of supervised release from July 17, 2025, to August 4, 2025, along with the records in this case. Dkt. No. 23.

　　The Court GRANTS Klensch's motion (Dkt. No. 23) and ORDERS that Klensch's revocation hearing is continued to August 4, 2025, at 10 a.m.

　　Dated this 7th day of July, 2025.

　　　　　　　　　　　　　　　　　　　*Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　United States District Judge