UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff(s),<br>v.<br><br>WILLIAM DAVID KLENSCH,<br><br>               Defendant(s). | CASE NO. CR24-0109-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE |

The Court has considered Defendant's unopposed motion to continue the final hearing on revocation of supervised release, along with the records in this case. Dkt. No. 28.

The Court GRANTS the motion, STRIKES the hearing previously set for August 3, 2025 (Dkt. No. 24), and ORDERS that Defendant's revocation hearing will be rescheduled after the resolution of his state matters.

Dated this 28th day of July, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE - 1