UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff(s),<br>   v.<br><br>WILLIAM DAVID KLENSCH,<br><br>               Defendant(s). | CASE NO. CR24-0109-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Defendant filed a motion to modify the conditions of his release to authorize travel on January 25, 2026.  Dkt. No. 43.  The Government's counsel and the location monitoring specialist do not object to this motion, and the United States Probation Officer defers to the Court.  *Id*. at 1.

The Court finds good cause to GRANT the motion.  Defendant may travel to Seattle, Washington, to attend the NFC championship game at Lumen Field on January 25, 2026, between 1 p.m. and 8 p.m.  Defendant shall provide his January 25 itinerary to the United States Probation Office and must comply with any directives from his probation officer. All other conditions of release remain in effect.

Dated this 22nd day of January, 2026.

*Kymberly K Evanson*

———————————————
Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1